William D. Bailey
V.
David Schilling Jr.
Cuyahoga County Sheriff, et. al.
1215 W. 3rd Cleve., Ohio 44113

Case No. 652557-20-CR

2 20CV5834
Judge Morrison
MAGISTRATE JUDGE VASCURA

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 NOV -9 PM 3:37
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Petition for Writ of Habeas Corpus
Under 28 U.S.C. § 2241

1) William Daniel Bailey
2) Cuyahoga County Jail
   P.O. Box 5600
   Cleveland, Ohio 44101
   #0159589 identification #

3) Currently being held by State Parol authorities on sole purpose of case pending 65255-20-CR
4) Pretrial detainee

— Decision or action I'm Challenging —

5) Constitutional Challenge / Criminal / Civil
   42 USCA §§ 12101-12213

6) (A) Sheriff David Schilling Jr. et. al.
       1215 W. 3rd Street Cleve., Ohio 44113
   (B) 652557-20-CR
   (C) Civil penalty / Criminal
   (D) 8/19/2020

1 of 5

7) Yes
  1) Both shift Corporals & Sargeants "verbally"
  2) 8/24/2020
  3) 652557-20-CR
  4) They told me to put a chair in the shower
  5) 8/24/2020
  6) I explained that I'm in a wheelchair, please put me on the medical pod thats A.D.A. accessible

8) No
  (B) I didn't file a appeal due to fear of retaliation on my personal being or rights

9) Yes
  1) Corporal Lawler
  2) 10-23-2020
  3) 652557-20-CR
  4) I was placed in disciplinary isolation by Corporal Lawler and Corporal Lawler lied and stated that medical cleared me to be moved to general population in a wheelchair, and he lied and wrote me up on rule violations (2-4)(2-5)(2-19)
  5) 10-23-2020
  6) 10-26-2020 I told the Investigator Officer Hudson what happened. 10-29-2020 They released me from administrative Detention w/ a not guilty verdict on all charges.

12) Other appeals yes
  (A) Greivance
  (B) Medical
  (C) 10-30-2020    (E) nothing    (G) violation of A.D.A.

2 of 5

"Ground One"
Violation of my civil rights
(A) Since 8/24/2020 David Schilling et. al. has maliciously continued, knowingly placing me in harms way but not housing me in a American Disability Act accessible accommodation which they have. (B) yes

"Ground Two"
Violation of my Constitutional rights
(A) Since 8/19/2020 I have been denied due process, which David Schilling et. al. knowingly took from me. I have not spoken to any detective to tell my side of events. They denied me a preliminary hearing which was dated 9/3/2020. All on maliciously accepting the accusers facts which aren't true & a doctored up registered warrant. (B) yes

"Ground Three"
Cruel and Unusual Punishment
(A) David Schilling et. al. did knowingly take me out of civil & constitutional rights playing field, solely for the malicious & knowingly cruel purpose of punishing me, just for the outcome of another conviction. Also assuming that I was guilty of said crime, due to my past convictions.

"Ground one"
Unlawful imprisonment & due process

(A) David Schilling et. al. under sworn oath to abide by the law that governs them committed a terrible crime they took away my rights, imprisoned me, the grand jury came w/ a bogus indictment denying me due process and a preliminary hearing, while ask me to pay ~~from~~ for my freedom back in the form of bail. The broke the law when they approved my registered warrant to be independently examined by all parties and determined that there is a reasonable basis to believe that the statement is credible. They even stamped, filed, and dated this sham in the Clerk of Courts. Even without a judicial review of information from a acting judge. "This is a malicious act." Bishop Olu-Cyrus never called the police to report & falsely accuse me until 8/2/2020. For whatever reason all parties knew theres doubt in her story. So instead of questioning me which no one ever have. The warrant has been doctored up, to get the knowingly malicious impression that, Bishop Olu-Cyrus made the complaint on 7/29/2020 which everyone signed except a judge as a sworn statement

4 of 5

14) I can't trust David Schilling et. al.

15) I want my State of Ohio Comotology & Barbers License renewed, due to me not being able to renew them since I've been kidnapped.

I want $475,000 for violating my Civil & Constitutional rights, and wrongful imprisonment, pain and sufferings.

I want $200,000 in punitive damages

"Released as soon as possible"

11/4/2020                                         3William Daniel Bailey

*I'm humbly asking to be afforded this opportunity under Forma Pauperis.*

Sworn to and subscribed to me this 4 day of November, 2020.
Neil G Walters

NEIL G. WALTERS
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 8/19/2022

5 of 5